Plaintiff
**Jonell C. Hopkins**
11105 Tadmore Place, Upper Marlboro, MD 20774

3/24/2013
Defendant.
Green Tree Servicing LLC
345 St. Peter Street
St. Paul, MN 55102

CAE13-08556

## RESPA QUALIFIED WRITTENT REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST

**This letter is a "Qualified Written Request" in compliance with and under the Real Estate Settlement Procedures Act. 12 U.S.C. Section 2605 (e) and Regulation X 24 C.F.R. 3500, and The Gramm Leach Bliley Act.**

**Alleged Loan #: 681476222**

Dear Madam/Sir:

Please be advised of your legal obligation to answer this additional Qualified Written Request and to obtain all records and documents pertaining to the above-mentioned Loan No. This request is made pursuant to the Real Estate Settlement and Procedures Act (RESPA). We have reason to believe that certain disclosures and documentation have been withheld in violation of the Truth in Lending Act (TILA) and that various Real Estate Settlement Procedures Act (RESPA) loan servicing errors may have occurred. We have discovered an illegal document recorded against our property (Certificate of Satisfaction by MERS) and the document is fraudulent. MERS does not have a license to do business in the state of Maryland. See MERS forfeit status attachment. We are requesting authenticated copies of the following records relating to the loan number stated herein:

1. The original Promissory Note
2. The Security Instrument
3. Any modification, endorsements, extension, addenda and all information related to items 1 and 2 above.
4. The complete pay history from the date of origin, including any portion of the history that originated from previous assignors.
5. Promissory Note deposit and transaction account records.
6. All records of endorsement of the note beginning with the first.
7. The name or names and addresses of all custodians of the note.
8. If the note has been lost, please provide me with copies of the following:

    a. The Government National Mortgage Association (GNMA) pool number of the bond issued for the lost note;
    b. Name of issuer purchasing the bond;
    c. Current issuer loan number ;
    d. FHA/VA case number;
    e. Name of original mortgagor;
    f. Physical address of the property;
    g. Mortgage recording information;



EXHIBIT
1-A

h. Name of su:  · or insurance company (obligor);
i. The date the bond was executed by surety or insurance company;
j. Name of surety or insurance company that executed bond;
k. Name and signature of representative for surety or insurance company;
l. Date the note was discovered missing and;
m. Possible reason for the lost note;

Further, we have conducted an extensive analysis and review of this account, and need additional documentation to determine any proper amounts due. We request the following answers to questions concerning the servicing and accounting of this mortgage account from its inception to the present date. Accordingly, can you, Green Tree Servicing LLC, please provide us, in writing, the answers to the questions listed below:

**MORTGAGE & ASSIGNMENTS**

1. Has each sale, transfer or assignment of this mortgage, monetary instruments, Deed of Trust or any other instrument we executed to secure this debt been recorded in the county property records in the county and state in which our property is located from the inception of this account to the present date? Yes or No?
2. If not, why?
3. Is your company the servicers of this mortgage account or the holder in due course and beneficial owner of this mortgage, monetary instrument and/or Deed Trust?
4. Have any sales, transfers or assignments of this mortgage, monetary instrument, Deed of Trust or any other instrument we executed to secure this debt been recorded in any electronic fashion such as MERS or other internal or external recording system from the inception of this account to the present date? Yes or No.
5. If yes, please detail for us the names of each seller, purchaser, assignor, assignee or any holder in due course to any right or obligation of any note, mortgage, Deed or security instrument we executed securing the obligation on this account that was not recorded in the county records where my property is located whether they be mortgage servicing rights or the beneficial interest in the principal and interest payments.

**SERVICING RELATED QUESTIONS**

For each of the following questions listed below, please provide us with a detailed explanation in writing that answers each question, in addition, we need the following answers to questions concerning the servicing of this mortgage account from its inception to the present date. Accordingly, can you please provide us, in writing, the answers to the questions listed below.

1. Did the originator or previous servicers of this account have any financing agreements or contracts with your company or an affiliate of your company?
2. Did the originator of this account or previous servicers of this account have a warehouse account agreement or contract with your company?
3. Did the originator of this account or previous servicers of this account receive any compensation, fee, commission, payment, rebate or other financial consideration from your company or any affiliate of your company for handling, processing, originating or administering this loan? If yes, please describe and itemize each and every form of compensation, fee, commission, payment, rebate or other financial consideration paid to the originator of this account by your company or any affiliate.
4. Please identify for us where the originals of this entire account file are currently located and how they are being stored, kept and protected?

1

5. Where is the origin  monetary instrument or mortgage we    ed located? Please describe its physical location and anyone holding this note as a custodian or Trustee if applicable.

6. Where are the original Deed of Trust or mortgage and Note we signed located? Please describe its physical location and anyone holding this note as a custodian or Trustee if applicable.

7. Since the inception of this loan, has there been any assignment of my monetary instrument/asset to any other party? If the answer is yes, identify the name and addresses of each and every individual, party, bank, trust or entity that has received such assignment?

8. Since the inception of this loan, has there been any assignment of the Deed of Trust or mortgage and Note to any other party? If the answer is yes, would you kindly identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignment?

9. Since the inception of this loan, has there been any sale or assignment of servicing rights to this mortgage account to any other party? If the answer is yes, would you kindly identify the names and addresses of each and every individual, party, bank, trust or entity that has received such assignment or sale?

10. Since the inception of this loan, has any sub-servicers serviced any portion of this mortgage loan? If the answer is yes, would you kindly identify the names

11. and addresses of each and every individual, party, bank or entity that has sub-serviced this mortgage loan?

12. Has this mortgage account been made a part of any mortgage pool since the inception of this loan? If yes, please identify for us each and every account mortgage pool that this mortgage has been a part of from the inception of this account to the present date.

13. Has each and every assignment of our asset/monetary instrument been recorded in the county land records where the property associated with this mortgage account is located?

14. Has there been any electronic assignment of this mortgage with MERS (Mortgage Electronic Registration System) or any other computer mortgage registry service or computer program? If yes, please identify the name and address of each and every individual, entity, party, bank, trust, or organization or servicers that has been assigned the mortgage servicing rights to this account as well as the beneficial interest to the payments of principal and interest on this loan.

15. Have there been any investors (as defined in your industry) who have participated in any mortgage-backed security, collateral mortgage obligation or other mortgage security instrument that this mortgage account has ever been a part of from the inception of this mortgage to the present date? If yes, please identify the name and address of each and every individual, entity, organization and/or trust.

16. Please identify for us the parties and their addresses to all sales contracts, servicing agreements, assignments, Allonge, transfers, indemnification agreements, recourse agreements and any agreements related to this account from its inception to the current aforementioned written date.

17. Please provide me with copies of all sales contracts, servicing agreements, assignments, Allonge, transfers, indemnification agreements, recourse agreements and any agreement related to this account from its inception to the current aforementioned written date.

18. How much was paid for this individual mortgage account by you?

19. If part of the mortgage pool, what was the principal balance used by you to determine payment for this individual mortgage loan?

20. If part of a mortgage pool, what was the percentage paid by: the principal balance used above to determine purchase of this individual mortgage loan.

21. Who did you issue a check or payment to for this mortgage loan?

22. Please provide us copies with the front and back of cancelled checks.

**Please remember to include the appropriate power of attorney and certification with your response and the records.**

As the purported Servicer or holder, you have assumed all rights and responsibilities of the assignor and you are required by law to provide us with the records requested. If the control or custody of these records is maintained by your assignor, you must forward this request to each and every assignor and obtain the missing records from each to be forwarded onto us.

Federal law mandates that the lender answer this RESPA REQUEST and the questions, documents and validation of debt to the penny and correct any abuse(s) or scheme(s) uncovered and documented.

Kind Regards,

_Jonell C. Hopkins_
Signature

_N/A_
Signature

_[notary signature]_ 3/28/2013
GEORGE E. OKAI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires March 25, 2016

3

Cc: SEC Office of the Whistleblower
    100 F Street NE
    Mail Stop 5971
    Washington, DC 20549

   Federal Trade Commission
   Mortgage Fraud Division
   600 Pennsylvania Avenue NW
   Washington, DC. 20580

   Government National
   Mortgage Assoc.
   451 Seventh Street SW
   Washington, DC 20410

4

27954    014                                         2007 MAY 31  P 12: 03

<u>CLERK OF THE</u>
CIRCUIT COURT

## CERTIFICATE OF SATISFACTION

KNOW ALL MEN BY THESE PRESENTS:
THAT Mortgage Electronic Registration Systems, Inc. does hereby acknowledge that the indebtedness secured by a certain Deed of Trust made by
WILLIAM E HOPKINS, JONELL C HOPKINS

dated 05/31/2006 and recorded among the Land Records of PRINCE GEORGES, Maryland in Liber 025495, Folio 0200 has been fully paid and discharged, that Mortgage Electronic Registration Systems, Inc. was, at the time of satisfaction, the holder of the Deed of Trust Note, and that the lien of the Deed of Trust is hereby released.

WITNESS the hand of the holder of the said Deed of Trust Note this 21 day of March, 2007.

IN WITNESS WHEREOF, the holder of said Deed of Trust Note has caused this instrument to be executed in its behalf by its agent this 21 day of March, 2007.

Mortgage Electronic Registration Systems, Inc.

By: _____
Maria Robledo
Assistant Secretary

STATE OF ARIZONA
COUNTY OF MARICOPA, to-wit:

On 03/21/2007, before me, Seanae Moriarty, Notary Public, personally appeared Maria Robledo personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

OFFICIAL SEAL
SEANAE MORIARTY
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 10, 2010

Seanae Moriarty, Notary Public
My commission expires 01/10/2010

IMP FD SURE $     28.00
RECORDING FEE    10.00
TOTAL            38.00
Rec# PG03    Rcpt # 32921
PM    LJJ   Blk # 16046
May 31, 2007      12:03 PM

Mail Recorded Satisfaction To:
WILLIAM E HOPKINS, JONELL C HOPKINS
11105 Tadmore Pl
Upper Marlboro, MD 20774

Document Prepared By:
ReconTrust Company, N.A.
1330 W. Southern Ave.
MS: TPSA-88
Tempe, AZ 85282-4545
(800) 540-2684

DOCID#000731048792005N



## Agency or Department Name Here (for pda/handhelds)

skip to content | access shortcuts

Search

* Main Menu
* Business Information
* UCC/Security Interest
* Certificate of Status
* Rate Stabilization
* Search Help
* Image Availability
* Definitions

:: Home     :: About SDAT     :: Businesses     :: Real Property     :: Tax & Assessments
:: Forms & Applications     :: SDAT/Stats     :: Services

**Charter Search Results for: mortgage electronic registration systems inc%**

### No Information available.

There are no records for this query.

## Entity Name: MERS, INC.
## Dept ID #: D04810131

**General Information** | Amendments | Personal Property | Certificate of Status

| | |
|---|---|
| **Principal Office (Current):** | 131 WEST PATRICK STREET<br>FREDERICK, MD 21701 |
| **Resident Agent (Current):** | RALPH GORDON<br>131 WEST PATRICK STREET<br>FREDERICK, MD 21701 |
| **Status:** | FORFEITED |
| **Good Standing:** | No    What does it mean when a business is not in good standing or forfeited? |
| **Business Code:** | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 10/16/1997 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Close |

**Forfeited**

For a Maryland entity, its existence has been ended by the State for some delinquency. For a non-Maryland entity it means its authority to do business and legal presence here has been terminated. For a trade name it means the filing has lapsed after 5 years and not been renewed.

| | | | | |
|---|---|---|---|---|
| DEPT. ACTION - FORFEITURE | 10/05/2001 | 11:08-PM | | |

THE ENTITY WAS FORFEITED FOR FAILURE TO FILE PROPERTY RETURN FOR 2000.

| | | | | |
|---|---|---|---|---|
| ARTICLES OF INCORPORATION | 10/16/1997 | 11:44-AM | F3982  2560  0003 |   |