IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JONELL C. HOPKINS

    Plaintiff

Vs.                                    Case No.: CAE13-08556

GREEN TREE SERVICING, LLC

    Defendant

## MEMORANDUM AND ORDER OF COURT

This matter was referred to this member of the bench in his capacity as the civil coordinating judge. The complaint was filed without the accompanying information report and when the court reviews the complaint the court is unsure what exactly the plaintiff is requesting the court to do or what exact relief the plaintiff is requesting. Further, the complaint is not in conformity with the Maryland Rules of Procedure.

The best preparation you can have is to have a competent attorney review this case and present your side to the court. Plaintiff is strongly advised to seek the services of an attorney. The court hopes you will take my advice and get an attorney. If you are unable to find an attorney you may contact the Prince George's County Bar Association-Legal Referral Service at 301-952-1442.

THEREFORE, it is this 19th day of April, 2013 by the Circuit Court for Prince George's County, Maryland

ORDERED, that a Status Hearing will be held before Judge Green on June 28, 2013 @ 9:00 am.

_____
Leo E. Green, Jr., Judge

Copies mailed by Court to:

Jonell C. Hopkins
11105 Tadmore Place
Upper Marlboro, MD 20774

Green Tree Servicing, LLC
345 St. Peter St.
St. Paul, MN 55102

_____ 4/19/13
Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.

EXHIBIT
1-C